| | |
|---|---|
| 1 | AARON D. FORD |
| | Attorney General |
| 2 | ROST C. OLSEN, Bar No. 14410 |
| | Deputy Attorney General |
| 3 | State of Nevada |
| | Public Safety Division |
| 4 | 100 N. Carson Street |
| | Carson City, Nevada 89701-4717 |
| 5 | Tel: (775) 684-1209 |
| | E-mail: rolsen@ag.nv.gov |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY R. BOYKINS, III,

    Plaintiff,

v.

C/O FRANK BEEDLE, et al.,

    Defendants.

Case No. 3:19-cv-00485-MMD-WGC

**ORDER GRANTING**

**MOTION FOR EXTENSION OF TIME TO FILE MEDICAL RECORDS AND DECLARATION (First Request)**

Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Rost C. Olsen, Deputy Attorney General, hereby move this Court for an extension of thirty (30) days to file the relevant medical records and declaration from Dr. Hanf regarding Plaintiff Anthony Boykins's (Boykins) medical conditions, as stated in the Court's Order entered December 16, 2019. ECF No. 32.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. RELEVANT PROCEDURAL AND FACTUAL HISTORY**

On December 13, 2019, this matter came before the Court for hearing, in which the Court ordered Defendants to file relevant medical records and a declaration from Dr. Hanf regarding treatment related to and the continuing status of Boykins's throat/cervical spine issues and hernia. ECF No 32 at 4:3-7.

Subsequent to the hearing and entry of the Court's Order, undersigned counsel and the Office of the Attorney General (OAG) have reached out and tried repeatedly to get ahold of Dr. Hanf, but to no avail. Undersigned and the OAG continue their efforts to get

1

ahold of Dr. Hanf and obtain his Declaration and opinion as to which medical records are relevant to the two underlying issues.

Undersigned and the OAG request the thirty (30) day extension with the anticipation that they will be able to establish contact now that the holiday season is passed.

**II. DISCUSSION**

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Here, Defendants submit there is good cause for the requested extension. Despite the undersigned's and the OAG's diligent and continuing efforts in reaching out, they have been unable to establish contact directly with Dr. Hanf to obtain the required declaration. Undersigned and the OAG presume this failure is due, in part, to the holiday season, and accompanying staffing shortages that occurred between the issuance of the Court's Order and the January 10, 2020 deadline.

Accordingly, Defendants request an extension of thirty (30) days, until Monday February 10, 2020, to file the required documents.

///
///
///
///
///
///
///
///
///

2

## III. CONCLUSION

For the foregoing, Defendants submit good cause exists, and requests the Court extend the deadline to file the required documents to Monday February 10, 2020. This request for an extension of time is made in good faith and not for the purpose of undue delay.

DATED this 10th day of January, 2020.

        AARON D. FORD
        Attorney General

By: /s/ Rost C. Olsen
     ROST C. OLSEN, Bar No. 14410
     Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED: January 13, 2020.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE