UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY R. BOYKINS, III, | ) | 3:19-cv-00485-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 7, 2020 |
| C/O FRANK BEEDLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of the Corey B. Beck, Esq., to withdraw as counsel for Plaintiff (ECF No. 133). As of the date of this order, no opposition or response has been filed by Plaintiff Boykins.

**IT IS HEREBY ORDERED** that Plaintiff's counsel's motion (ECF No. 133) is **GRANTED.** Henceforth, all documents required by the Federal Rules of Civil Procedure to be served on Plaintiff Anthony Boykins shall be sent to the address set forth in the Certificate of Service (ECF No. 138):

> Anthony Boykins
> 1709 Gragson Avenue
> North Las Vegas, Nevada 89101

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/ _____
       Deputy Clerk